**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MARQUIS LAVELLE HOWARD,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **VS.** | : | |
| | : | **NO. 5:25-cv-00490-MTT-CHW** |
| **MATTHEW L. MOULTON,** | : | |
| | : | |
| **Respondent.** | : | |

## ORDER TO SHOW CAUSE

Petitioner Marquis Lavelle Howard, a pretrial detainee in the Houston County Detention Center in Perry, Georgia, filed a 28 U.S.C. § 2241 petition.  ECF No. 1. Petitioner also moved to proceed *in forma pauperis*.  ECF No. 6.  On February 23, 2026, the Court denied Petitioner's motion to proceed *in forma pauperis* and ordered him to pay the $5.00 filing fee.  ECF No. 7.  Petitioner was given fourteen days to pay the filing fee and was informed that failure to do so would result in the dismissal of his action.  *Id*. Petitioner has not paid the $5.00 filing fee or otherwise responded.

Petitioner is hereby **ORDERED** to **SHOW CAUSE** to the Court, **WITHIN FOURTEEN (14) DAYS** from the date of this Order, why this case should not be dismissed for failure to comply with the Court's February 23, 2026 Order.  If he wishes to proceed with this action, Petitioner is again **ORDERED** to pay the $5.00 filing fee or inform the Court of any action he has taken to pay the filing fee.

Failure to fully comply with this Order will result in the dismissal of this action. Additionally, failure to keep the Court informed of any address change may result in the dismissal of this action.

**SO ORDERED**, this 7th day of April, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge