IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARQUIS LAVELLE HOWARD,           *

         Petitioner,           *

v.                             Case No.  5:25-cv-00490-MTT-CHW

                                   *

MATTHEW L MOULTON,

                                   *

         Respondent.

                                   *

## J U D G M E N T

Pursuant to this Court's Order dated May 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

    This 11th day of May, 2026.

                               David W. Bunt, Clerk

                               s/ Erin Pettigrew, Deputy Clerk